BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
FRANCIS J ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

MAR 10 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR 20-0070-S DCN |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | 8 U.S.C. § 1326(a) & (b) |
| JOEL ROBLES-PEREZ, | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

**Deported Alien Found in the United States
8 U.S.C. § 1326(a) & (b)**

On or about January 25, 2020, in the District of Idaho, the defendant Joel Robles-Perez, an alien, was found in the United States, to wit: Blaine County, Idaho, after having been previously removed from the United States to Mexico on or about December 22, 2017, at or near Calexico, California, the said defendant having not obtained the consent of the Secretary of the

INDICTMENT - 1

Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Dated this 10 day of March, 2020.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
FRANCIS J ZEBARI
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2